| | |
|---|---|
| In re: | Case No. 21-14025-jps |
| Matthew Vernon Johnson | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0647-1 | User: athre | Page 1 of 2 |
| Date Rcvd: Jun 15, 2022 | Form ID: pdf801 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Matthew Vernon Johnson, 1327 Birchview Drive, Vermilion, OH 44089-1714 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: bk@szjlaw.com | Jun 15 2022 20:51:00 | Santander Consumer USA Inc., c/o Stewart, Zlimen & Jungers, Ltd., 2860 Patton Road, Roseville, MN 55113-1100 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | *+ | Santander Consumer USA Inc., c/o Stewart, Zlimen & Jungers, Ltd., 2860 Patton Road, Roseville,, MN 55113-1100 |
| | ##+ | Matthew Vernon Johnson, 1351 Rolling Meadows Drive, Vermilion,, OH 44089-3421 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 17, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | |
|---|---|
| Robert D. Barr | on behalf of Trustee Robert D. Barr barr-trustee@koehler.law rdb@trustesolutions.net;syackly@koehler.law |
| Robert D. Barr | barr-trustee@koehler.law rdb@trustesolutions.net;syackly@koehler.law |
| William J. Balena | on behalf of Debtor Matthew Vernon Johnson docket@ohbksource.com |

TOTAL: 3

IT IS SO ORDERED.

Dated: 14 June, 2022 06:12 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 21-14025 (JPS) |
| | ) | |
| MATTHEW VERNON JOHNSON, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge: JESSICA E. PRICE SMITH |

**ORDER AUTHORIZING EXAMINATION OF THE DEBTOR,
MATTHEW VERNON JOHNSON, UNDER RULE 2004 OF THE FEDERAL
<u>RULES OF BANKRUPTCY PROCEDURE</u>**

This matter is before the Court on the Motion of the Trustee for an Order of this Court authorizing and directing the examination of the Debtor, Matthew Vernon Johnson under Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Motion"), and the averments in the Motion.

IT APPEARING to the Court that it would be in the best interest of the within estate to authorize Robert D. Barr, the Trustee herein, to proceed with the examination of Matthew Vernon Johnson under or by virtue of the authority granted in Rule 2004 of the Federal Rules of

Bankruptcy Procedure.

IT IS THEREFORE ORDERED that Matthew Vernon Johnson is hereby ordered and directed to appear and participate pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure.

IT IS FURTHER ORDERED that **the examination of Matthew Vernon Johnson will proceed on Tuesday, July 12, 2022 at 12:00 p.m. (Noon) via teleconference;** and that the examination may be accessed by dialing the following at the date and time of the Examination:

| Telephone Number | Participant Passcode |
| --- | --- |
| **1-866-687-3489** | **4097562** |

IT IS FURTHER ORDERED that the following documents shall be produced by the Debtor prior to the examination:

- IRS transcript of the Debtor's 2021 federal income tax return.

# # #

**Order Submitted By:**

/s/ Robert D. Barr
Robert D. Barr (#0067121)
Chapter 7 Trustee
1111 Superior Avenue East
Suite 1360
Cleveland, Ohio 44114
Phone: (216) 744-2739
Fax: (216) 916-4369
Email: barr-trustee@koehler.law

# SERVICE LIST

**To be served via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:**

Robert D. Barr, Successor Trustee, at barr-trustee@koehler.law

William J. Balena, Esq., Attorney for the Debtor, at docket@ohbksource.com

United States Trustee at (registered address)@usdoj.gov

**And by regular U.S. mail, postage prepaid, to:**

Matthew Vernon Johnson
1351 Rolling Meadows Drive
Vermilion, OH 44089

Santander Consumer USA Inc.
c/o Stewart, Zlimen & Jungers, Ltd.
2860 Patton Road
Roseville, MN 55113

3