## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In re:                                )    Case No. 21-14025 (JPS)
                                       )
MATTHEW VERNON JOHNSON,                )    Chapter 7
                                       )
          Debtor.                      )    Judge:  JESSICA E. PRICE SMITH

### OBJECTION OF TRUSTEE TO CLAIM OF NONIE PETERSON
### (Claim No. 5 – Priority Portion Only)

Robert D. Barr, the Trustee herein (the "Trustee"), respectfully represents to the Court that the above-designated Claimant, Nonie Peterson (the "Claimant"), has filed a claim in the within case:  Claim No. 5 in the amount of $26,354.00 ("Claim No. 5").  Claim No. 5 asserts an unsecured claim in the sum of $26,354.00, but also asserts priority status to the extent of $3,025.00 pursuant to 11 U.S.C. § 507(a)(7) (consumer deposit priority).

The Trustee has no objection to the total amount of Claim No. 5.  However, the Trustee represents that Claim No. 5 should not be allowed as filed for the following reasons:

1.    Claim No. 5 should only be allowed as a general unsecured claim, based on the documentation attached to the proof of claim.

2.    The assertion of priority is invalid, and should not be allowed.  The basis for Claim No. 5 is money owed from the Debtor to the Claimant.  There was no consumer deposit, or any other basis for priority status under 11 U.S.C. § 507(a)(7).  The documents attached to the proof of claim do not support any priority status.

WHEREFORE, for the reasons stated above, the Trustee prays for an Order disallowing Claim No. 5 as filed, but allowing said claim as a general unsecured claim only, in the full requested sum of $26,354.00.

Respectfully submitted,

*/s/ Robert D. Barr*
Robert D. Barr
Chapter 7 Trustee (#0067121)
1111 Superior Avenue East, Suite 1360
Cleveland, Ohio 44114
Phone: (216) 744-2739
Fax: (216) 916-4369
Email: barr-trustee@koehler.law

## CERTIFICATE OF SERVICE

I certify that on August 19, 2022, a true and correct copy of the foregoing Objection of Trustee to Claim of Nonie Peterson (Claim No. 5) was served:

**Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:**

Robert D. Barr, Trustee, at barr-trustee@koehler.law

William J. Balena, Attorney for Debtor, at docket@ohbksource.com

United States Trustee at (registered address)@usdoj.gov

**And via regular U.S. mail, postage prepaid, at:**

Nonie Peterson
2717 Monticello Lane
Sandusky, Ohio 44870

Santander Consumer USA Inc.
c/o Stewart, Zlimen & Jungers, Ltd.
2860 Patton Road
Roseville, MN 55113

*/s/ Robert D. Barr*
Robert D. Barr, Trustee

2